IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATEAR BRISON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:20-cv-00796-JEB |
| | : |
| CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC, | : |
| | : |
| Defendant. | : |
| _____ | : |

**[PROPOSED] SCHEDULING ORDER**

In light of the joint report submitted by the parties pursuant to Local Civil Rule 16.3, it is **ORDERED** that:

1. The Parties' Rule 26(a)(1) Disclosures are due on July 21, 2020.

2. The Plaintiff may amend her Complaint as a matter of right on or before July 28, 2020. After that date, she may amend his complaint by seeking leave of the Court and complying with the applicable federal and local rules.

3. Plaintiff shall serve her Rule 26(a)(2) Disclosures on or before October 1, 2020. Defendant's expert disclosures are due by November 2, 2020, and rebuttal expert disclosures are due by November 20, 2020.

4. All discovery shall be completed no later than January 15, 2021. Parties are limited to five non-party depositions and twenty-five interrogatories. If a party later determines there is a need for additional discovery requests, leave to serve additional requests may be granted to the extent consistent with Rule 26(b)(2).

5. Any motions for summary judgment shall be filed on or before February 15, 2021.

**IT IS SO ORDERED.**

James E. Boasberg
United States District Judge

Washington, D.C.
Date: _____, 2020

SEEN AND AGREED:

| | |
|---|---|
| _/s/ Kristi C. Kelly_ | _/s/ S. Moshin Reza_ |
| Kristi C. Kelly (DC Bar No. 974872) | S. Mohsin Reza (DC Bar No. 985270) |
| Casey S. Nash (DC Bar No. 1028868) | TROUTMAN SANDERS LLP |
| KELLY GUZZO, PLC | 401 9th Street NW, Suite 1000 |
| 3925 Chain Bridge Rd., Suite 202 | Washington, DC 20004 |
| Fairfax, VA 22030 | Telephone: (202) 274-1927 |
| Telephone: 703-424-7572 | Facsimile: (703) 448-6510 |
| Fax: 703-591-0167 | E-mail: mohsin.reza@troutman.com |
| Email: kkelly@kellyguzzo.com | |
| Email: casey@kellyguzzo.com | Timothy St. George, _pro hac vice_ |
| _Counsel for Plaintiff_ | TROUTMAN SANDERS LLP |
| | 1001 Haxall Point |
| | Richmond, VA 23219 |
| | Telephone: 804-697-1254 |
| | Fax: 804-698-1300 |
| | Email: timothy.st.george@troutman.com |
| | |
| | _Counsel for CoreLogic Rental Property Solutions, LLC_ |