UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LATEAR BRINSON,

    Plaintiff,

        v.

CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC

    Defendant.

Civil Action No. 20-796 (JEB)

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held June 30, 2020, the Court ORDERS that the following schedule shall govern further proceedings:

1. Plaintiff may amend her Complaint as a matter of right until July 28, 2020. After that date, she may amend only with leave of the Court;

2. Rule 26(a)(1) Initial disclosures shall be exchanged by July 21, 2020;

3. Plaintiff's Rule 26(a)(2) Disclosures shall be due on or before October 1, 2020; with Defendant's Rule 26(a)(2) Disclosures due on or before November 2, 2020; and rebuttal export disclosures, if any, due on or before November 20, 2020;

4. Discovery shall close on January 15, 2021;

5. Parties are limited to five non-party depositions and twenty-five interrogatories. Leave to serve additional requests may be granted to the extent consistent with Rule 26(b)(2);

6. No discovery motions may be filed without leave of court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall

    jointly call chambers at (202) 354-3300, at which time the Court will either rule on the issue or determine the manner in which it will be handled; and

7. Parties may not extend any deadline by stipulation; instead, parties must seek extensions by motion. Consent motions are generally looked upon with favor by the Court.

**SO ORDERED.**

                                                /s/ *James E. Boasberg*
                                                JAMES E. BOASBERG
                                                United States District Judge

Date: June 30, 2020